**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JILL THOMPSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CONDOLEEZA RICE, Secretary of State,**<br><br>**Defendant.** | Civil Action No.  03-2022 (JDB) |

**ORDER**

Upon consideration of [33] defendant's motion for summary judgment, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.


                                                  /s/
                                    JOHN D. BATES
                               United States District Judge

Date:  March 13, 2006

Copies to:

William T. Irelan
Friedeman, Irelan, Wward & Lamberton, P.C.
1000 Potomac Street, Northwest
The Flour Mill-Suite 400
Washington, D.C.  20007
E-mail:  wtirelan@sitestar.net

Peter Blumberg
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, Northwest
Washington, D.C.  20001
E-mail:  peter.blumberg2@usdoj.gov